# United States District Court
# For The Western District of North Carolina
# Statesville Division

PHILLIP M. PROPST,

       Petitioner,

vs.

JUDY BRANDON,
Administrator, Caswell
Correctional Center,

       Respondent.

JUDGMENT IN A CIVIL CASE

5:11CV133

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2012 Order.

Signed: April 13, 2012

Frank G. Johns, Clerk
United States District Court