# United States District Court
## For The Western District of North Carolina
## Statesville Division

PHILLIP M. PROPST,

    Petitioner,   JUDGMENT IN A CIVIL CASE

vs.   5:11CV133

JUDY BRANDON,
Administrator, Caswell
Correctional Center,

    Respondent.


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 13, 2012 Order.

    Signed: April 13, 2012

Frank G. Johns, Clerk
United States District Court